

Jason Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

July 20, 2026

**<u>VIA ECF</u>**

Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room 10A South
Brooklyn, NY 11201

      Re:     *<u>Pagan, et al. v. Lu, et al.</u>*<u>, Case No. 1:26-cv-3608</u>

Dear Judge Cogan:

We represent Defendant Euclid Labs, Inc. ("Euclid Labs") in the above-captioned matter. I write pursuant to Section I.E.1 of the Court's Individual Practices to respectfully request that the Initial Status Conference scheduled for July 31, 2026 at 12:00 pm (Dkt. No. 4) be adjourned to a Pre-Motion Conference to be held at the Court's convenience after Euclid Labs files its Pre-Motion Letter on August 5, 2026.

Euclid Labs was served with process on July 15, 2026 (Dkt. No. 13), and as such its deadline to respond to the Complaint is August 5, 2026.[1]  Euclid Labs intends to file a Pre-Motion Letter pursuant to Section III.B.2 of the Court's Individual Practices on August 5, 2026, with Plaintiffs' response due five days thereafter.  Because the July 31, 2026 Initial Status Conference is scheduled for five days before the August 5, 2026 Pre-Motion Letter deadline, Euclid Labs respectfully requests that the Initial Status Conference be adjourned to a Pre-Motion Conference, at the Court's convenience to be held after the Parties have filed their Pre-Motion Letters.

This is the first request for an adjournment of the Initial Status Conference.  Counsel for Plaintiffs has informed us that he consents to this request.  There have been no other dates previously scheduled in this matter.

Thank you for your attention to this matter.

---

[1]     To Euclid Labs's knowledge, no other Defendants have been served with process.



July 20, 2026
Page 2

Respectfully,

*/s/ Jason Gottlieb*

Jason Gottlieb

CC:  All Counsel of Record (via ECF)

909 Third Avenue, New York, NY 10022–4784  •  p:212.735.8600  •  f:212.735.8708  •  www.morrisoncohen.com