**BURWICK LAW, PLLC**
43 West 43rd Street, Ste 114
New York, New York 10036
Tel: (646) 762-1080

July 23, 2026

**VIA ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Pagan, et al. v. Lu, et al.*, Case No. 1:26-cv-3608-BMC

Dear Judge Cogan:

Pursuant to Section I.E.1 of the Court's Individual Practices, Plaintiffs respectfully request that the Court adjourn the Initial Status Conference scheduled for July 31, 2026 at 12:00 pm (Dkt. No. 4), including oral argument on Defendant Euclid Labs, Inc.'s motion to dismiss (Dkt. No. 19; July 22, 2026 Order), to Tuesday, August 4, 2026.

Max Burwick, Plaintiffs' principal trial counsel, will argue the motion. He has pre-existing travel plans on Friday, July 31 and respectfully requests this brief adjournment until Tuesday, August 4 to avoid canceling them. By operation of the adjournment, the deadline for the parties' pre-conference joint letter would be moved from Friday, July 24 to Thursday, July 30, after Plaintiffs' Monday, July 27 deadline to oppose the motion.

This is Plaintiffs' first adjournment request. The Court denied the one previous request, Euclid Labs' motion to adjourn the conference until after its August 5, 2026 answer deadline and submission of pre-motion letters (Dkt. No. 17; July 21, 2026 Order). The next day, Euclid Labs submitted a pre-motion letter seeking dismissal (Dkt. No. 19), which the Court deemed its motion to dismiss with oral argument entertained at the conference (July 22, 2026 Order). Unlike Euclid Labs' request, Plaintiffs seek a brief adjournment to a date certain, two business days later.

Counsel for Euclid Labs consents. The only other date previously scheduled is Plaintiffs' July 27, 2026 deadline to oppose the motion; Plaintiffs will file on schedule. All counsel agree to the proposed modified schedule: conference and oral argument adjourned from July 31 to August 4 with Plaintiffs' opposition deadline unchanged.

Respectfully submitted,

*/s/ Rylan Maksoud*
Max Burwick
Rylan Maksoud
*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)