Morrison Cohen

Jason Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

September 3, 2026

**VIA ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Pagan, et al. v. Lu, et al.*, Case No. 1:26-cv-03608-BMC

Dear Judge Cogan:

This firm represents Defendant Zhuoxun Yin ("Yin"). We write pursuant to the Court's minute order dated August 21, 2026, directing us to advise the Court regarding the "status of service of process for defendant Yin."

In light of the discussion with the Court during the August 20, 2026 hearing, Yin has agreed to waive service of process, and Yin hereby withdraws his argument that the Complaint should be dismissed pursuant to Rule 12(b)(5) for insufficient service of process. Yin preserves, and does not waive, his other arguments for why the Complaint should be dismissed against him under Rules 12(b)(2) and 12(b)(6), that the Court lacks personal jurisdiction over Yin and the Complaint fails to state a claim against him. These other issues were briefed in Yin's Pre-Motion Letter (Dkt. No. 27), which was converted to a Motion to Dismiss by the Court, and Plaintiffs' Opposition papers (Dkt No. 32).

We have informed Plaintiffs' counsel that we are waiving service for Yin.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jason Gottlieb*

Jason Gottlieb